**Samuel CISNEROS; Margarita Lopez Aldana, Petitioners,**

v.

**Eric H. HOLDER Jr., Attorney General, Respondent.**

No. 06–71367.

United States Court of Appeals, Ninth Circuit.

Dec. 16, 2009.

Samuel Cisneros, Fontana, CA, pro se.

CAC–District Counsel, Esquire, Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, John C. Cunningham, Esquire, OIL, Don George Scroggin, Esquire, Trial, Linda S. Wendtland, Esquire, DOJ—U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: ALARCÓN, TROTT, and TASHIMA, Circuit Judges.

ORDER

Samuel Cisneros and Margarita Lopez Aldana, spouses and natives and citizens of Mexico, petition pro se for review of an order of the Board of Immigration Appeals ("BIA") denying their motion to reopen removal proceedings to apply for adjustment of status.

Cisneros and Lopez Aldana are the beneficiaries of I–130 visa petitions filed by their U.S. citizen daughter. It appears from the U.S. Citizenship and Immigration Services website that the I–130 visa petitions have been granted and visas are immediately available to both petitioners. We therefore refer the matter to mediation by the court's mediation office.

We have determined that the appointment of pro bono counsel in this matter would benefit the mediation process. The Clerk shall enter an order appointing pro bono counsel to represent Cisneros and Aldana for purposes of this mediation only.

If Cisneros or Aldana objects to the court's appointment of counsel in this mediation, he or she shall file a written objec-

tion within 14 days after the filing date of this order.